Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Matthew M. Loker, Esq. (SBN: 279939)
ml@kazlg.com
**KAZEROUNI LAW GROUP, APC**
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone:   (800) 400-6808
Facsimile:    (800) 520-5523

Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
John Cortes

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **John Cortes, individually and on behalf of all other similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**Lighthouse Recovery Associates, LLC,**<br><br>Defendant. | Case No.: 3:13-cv-00674-MMA-BLM<br><br>**NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT**<br><br>**NO ORAL ARGUMNET UNLESS REQUESTED BY THE COURT**<br><br>DATE:             January 6, 2014<br>TIME:             2:30 p.m.<br>COURTROOM:  3A<br><br>**HON. MICHAEL M. ANELLO** |

1  **TO DEFENDANT LIGHTHOUSE RECOVERY ASSOCIATES, LLC AND ITS ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that on Monday, January 6, 2014, at 2:30 p.m. in Courtroom 3A of the United States Courthouse, located at 221 West Broadway, San Diego, CA 92101, Plaintiff JOHN CORTES ("Plaintiff"), through their attorneys of record, will move this Court for a Default Judgment against Defendant LIGHTHOUSE RECOVERY ASSOCIATES, LLC ("Defendant").

   This motion is based upon the instant Notice of Motion, the attached Memorandum of Points and Authorities in Support, Declaration of Abbas Kazerounian, Counsel for Plaintiff, and on all papers and records on file herein. Plaintiff submits on the pleadings and requests no oral arguments, unless requested by the Court.

   Respectfully submitted,

   Dated: December 2, 2013    **KAZEROUNI LAW GROUP, APC**

   By: /s Abbas Kazerounian
   ABBAS KAZEROUNIAN, ESQ.
   ATTORNEYS FOR PLAINTIFF